CO-386-online
10/03

# United States District Court
# For the District of Columbia

West Coast Productions, Inc. )
 )
 )
 )
   vs  Plaintiff ) Civil Action No._____
 )
Does 1 - 1911 )
 )
 )
    Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __West Coast Productions, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __West Coast Productions, Inc.__ which have any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

                Attorney of Record

                _[signature]_
                Signature

479059               Ellis L. Bennett
BAR IDENTIFICATION NO.       Print Name

                Dunlap Grubb & Weaver, PLLC, 5335 Wisonsin Ave., NW, Ste. 440
                Address

                Washington, DC 20015
                City    State    Zip Code

                (202) 316-8558
                Phone Number