## U.S. DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **West Coast Productions, Inc.**         ) | |
|                                          ) | |
|     **Plaintiff,**                       ) | |
|                                          ) | |
| **v.**                                   ) | Case Number 1:11-cv-01687 |
|                                          ) | |
| **DOES 1 – 1911**                        ) | |
|                                          ) | |
|     **Defendants.**                      ) | |
|                                          ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby files this notice of dismissal dismissing, ***without prejudice***, all Doe Defendants not heretofore dismissed in this matter.

                            Respectfully submitted,
                            West Coast Productions, Inc.

**DATED**:  November 21, 2011

                     By:    /s/
                           Ellis L. Bennett, Bar #479059
                           Dunlap Grubb & Weaver, PLLC
                           199 Liberty Street, SW
                           Leesburg, VA 20175
                           ebennett@dglegal.com
                           703-777-7319 (telephone)
                           703-777-3656 (fax)